# EX A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SIRIUS COMPUTER SOLUTIONS, INC., a Delaware Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:20-cv-01432 |
| v. | ) ) ) | Hon. Sharon Johnson Coleman |
| JOHN SACHS, Defendant. | ) ) ) | |

**DECLARATION OF LAUREN PETERSON**

1. I, Lauren Peterson, am Vice President of Sales for the Carolinas/Southern Virginia Region at Sirius Computer Solutions, Inc.

2. In Mr. Sachs' Declaration he states that he has met with Pedro Acosta of Ag First bank. (Dkt. # 13-1, ¶ 28.) Mr. Acosta is a key senior systems engineer. Sirius and Forsythe have had a working relationship with Mr. Acosta for at least five years. Mr. Acosta has been involved in awarding Sirius and Forsythe projects over the years. Mr. Sachs met Acosta, and developed the relationship, through his work with Sirius and Forsythe.

3. In Mr. Sachs' Declaration he states that he has met with Kevin Singletary at Scana Services, Inc. n/k/a Dominion Energy Southeast Services, Inc. (Dkt. # 13-1, ¶ 29.) Mr. Singletary is a key manager - - Manager, Enterprise Infrastructure at Scana Services. Sirius and Forsythe have had a working relationship with Mr. Singletary for at least five years. Mr. Singletary has awarded Sirius and Forsythe many projects over the years. Mr. Sachs met Singletary, and developed the relationship, through his work with Sirius and Forsythe.

4. At the time Sachs resigned, he and Sirius were actively seeking business from both Ag First and Scana (n/k/a Dominion Energy). These are long-term clients of Sirius and

Forsythe that go back to at least 2013. Sirius/Forsythe have been involved in pursuing approximately 380 projects from AgFirst and approximately 250 projects from Scana (n/k/a Dominion Energy) since 2013. After Sachs resigned, Sirius transitioned the accounts to other account managers and continues to pursue business at those accounts and the other accounts Sachs had.

5. Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I hereby declare and certify that the factual statements herein are true and correct to the best of my knowledge, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

*/s/ Lauren Peterson*

_____

Dated: March 9, 2020